**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Dorina Braescu
                        Plaintiff,

v.                                                Case No.: 1:23−cv−02358
                                                              Honorable Sunil R. Harjani

Huntington National Bank
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 22, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: In light of the stipulation of dismissal [73], this case is hereby dismissed pursuant to FRCP 41 with prejudice, with each party to bear its own costs and fees. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.